■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOSEPH BUCK, Appellant.— *Per Curiam.* Appeal from an order of the Supreme Court which denied, after a hearing, an application in the nature of a writ of error *coram nobis*. The allegations upon which defendant predicates his demand

for relief were not sustained by a preponderance of the evidence adduced upon the hearing. Order affirmed. Gibson, P. J., Herlihy, Taylor and Hamm, JJ., concur.